IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-00689-RBJ

ASTON EVAPORATIVE SERVICES, LLC,

    Plaintiff,

v.

SNOW MACHINES, INCORPORATED,

    Defendant.

---

ORDER REGARDING STIPULATION FOR DISMISSAL
WITHOUT PREJUDICE OF ACTION

---

The matter comes before the Court on the parties' *Stipulation for Dismissal Without Prejudice of Action.* Having reviewed the Stipulation and the case file, the Court ORDERS as follows:

The within captioned action is hereby DISMISSED WITHOUT PREJUDICE.

DATED this 6th day of June, 2014.

                BY THE COURT:

                _____
                R. Brooke Jackson
                United States District Judge